UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

       Plaintiff,

vs.

Willie Tabu Woodfork, a/k/a
Willie T. Woodford,

       Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Crim. No. 05-280(MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.    That the Defendant's Motion to Suppress Evidence From Search [Docket Nos. 14] is denied.

2.    That the Defendant's Motion to Suppress Statements [Docket No. 15] is denied.


DATED: October 25, 2005                        s/ Michael J. Davis
                                                                    Michael J. Davis, Judge
                                                                    United States District Court